# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Woodbridge Group of Companies, LLC<br>　　　Debtor<br>_____ | Bankruptcy Case No.: 17−12560−BLS<br><br>Bankruptcy Chapter:  11 |
| Michael Goldberg<br><br>　　　Plaintiff<br><br>　　　vs.<br><br>Provident Trust Group, LLC, Administrator and<br>Custodian for the Benefit of Klenell Jensen Inherited<br>IRA; and Klenell Jensen<br><br>　　　Defendant(s) | <br><br>Adv. Proc. No.:  19−50575−BLS |

## ENTRY OF DEFAULT

　　It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Klenell Jensen Inherited IRA; and Klenell Jensen

　　Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Una O'Boyle_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Una O'Boyle, Clerk of Court

Date: 9/29/20　　　　　　　　　　　　　　　　　　　　By:  Sherry J. Stiles, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Jensen,
    Defendant

Adv. Proc. No. 19-50575-BLS

## CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: Sherry | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: van431 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew Caine, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 UNITED STATES 90067-4003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 29 2020 20:48:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 29 2020 20:48:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0311-1 | User: Sherry | Page 2 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: van431 | Total Noticed: 3 |

Bradford J. Sandler
    on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com

Bridget Gallerie
    on behalf of Claims Agent Epiq Class Action & Claims Solutions  Inc. Pacerteam@choosegcg.com

Colin Robinson
    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

TOTAL: 4